## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES JORDAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-147 Erie |
| ZYGMONT A. PINES, | ) |
| Defendant. | ) |

### MEMORANDUM ORDER

This action was received by the Clerk of Court on June 30, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 18], filed on February 6, 2007, recommended that Plaintiff's motion for summary judgment [Doc. No. 9] be denied, and that Defendant's motion for summary judgment [Doc. No. 15] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendant. No objections were filed. After _de novo_ review of the motions and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 26th day of February, 2007;

IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment [Doc. No. 9] is DENIED and Defendant's motion for summary judgment [Doc. No. 15] is GRANTED.

The Report and Recommendation [Doc. No. 18] of Magistrate Judge Baxter, filed on February 6, 2007, is adopted as the opinion of the Court.

    s/ Sean J. McLaughlin
    United States District Judge

cm: All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge