IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES JORDAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-147 Erie |
| | ) | |
| ZYGMONT A. PINES, | ) | |
|     Defendant. | ) | |
| | ) | |

## JUDGMENT ORDER

AND NOW this 9th day of March, 2007,

IT IS HEREBY ORDERED that JUDGMENT is entered in favor of the Defendant, Zygmont A. Pines, and Against the Plaintiff, Charles Jordan.

 

_____
Sean J. McLaughlin
United States District Judge

cc: Parties of record   NK